**Order entered December 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01091-CV

### MELISSA HYATT, Appellant

### V.

### MICHAEL REIGHLEY, Appellee

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-03-10926-T

## ORDER

Both the clerk's and reporter's records in this case is overdue. By postcard dated November 5, 2014, we notified the Dallas County District Clerk that the clerk's record was overdue and directed the Dallas County District Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed and we have not received any correspondence from the Dallas County District Clerk's office regarding the status of the clerk's record. Also by postcard dated November 5, 2014, we notified the Court Reporter that the reporter's record was overdue. To date, the reporter's record has not been filed.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record or written verification that appellant has not been found indigent and has not paid for the record within **TEN DAYS** of the date of this order. *We notify appellant that if we receive verification*

*appellant is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **ORDER** Glenda Johnson, Official Court Reporter for the 256th Judicial District Court, to file, within **TEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record. *We notify appellant that if we receive verification appellant has not requested, paid for, or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Gary Fitzsimmons
Dallas County District Clerk

Glenda Johnson
Official Court Reporter, 256th Judicial District Court

All parties

/s/    CRAIG STODDART
JUSTICE